

(PROB 12C)
(5/00)

United States District Court
Southern District of Texas
FILED
MAY 2 4 2005  BM
Michael N. Milby,
Laredo Division



United States District Court
Southern District of Texas
ENTERED
MAY 2 7 2005  BM
Michael N. Milby, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Nicolas Vasquez-Garcia           Case Number:   5:04CR01583-001
AKA:   Nicolas Santiago-Vasquez

Name of Sentencing Judge:   Honorable George P. Kazen

Date of Original Sentence:   2/14/2005

Original Offense:   Illegal Entry (Felony), in violation of 8 USC 1325(a).

Original Sentence:   210 days custody, 1 Year Supervised Release Term, $100 cost assessment fee, and No Illegal Return to the United States.

Type of Supervision:   Supervised Release           Supervision Started:   2/17/2005

Assistant U.S. Attorney:   Jesse Salazar           Defense Attorney.:   Homero G. Martinez

### EARLIER COURT ACTION

None

### PETITIONING THE COURT

To issue a warrant for defendant located at Laredo CCA under U.S. Marshal custody..

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | New law violation:   Re-Entry of a Deported Alien, in violation of 8 USC 1326. |
| 2. | Violation of Special Condition ordering defendant not to return to the United States illegally. |
| Details: | The defendant returned illegally to the United States on or about 5/5/2005, and was arrested by members of the Department of U.S. Customs & Border Protection (U.S. Department of Homeland Security) in Laredo, Webb County, Texas for the offense of Illegal Entry (Felony), in violation of 8 USC 1326. |

Name of Offender:    Nicolas Vasquez-Garcia
AKA:                 Nicolas Santiago-Vasquez
Dkt. No.             5:04CR01583-001

On 5/6/2005, releasee appeared before U.S. Magistrate Judge Adriana Arce-Flores under Criminal Complaint # 5:04-1194mj-01 for the offense of Re-Entry of a Deported Alien (Felony). He was held on a $75,000 bond, and was appointed the Federal Public Defender's Office to represent him.

U.S. Probation Officer Recommendation: That a warrant be issued for releasee, and the issue of supervised release violation be addressed by the U.S. District Court at the time of disposition of Criminal Complaint # 5:04-1194mj-01.

* I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Approved:                                              Respectfully submitted,
                                              by
_____                              _____ mf
Peter Medellin, Supervising                            Sam Brewster, Jr., Senior
U.S. Probation Officer                                 U.S. Probation Officer
                                                       Date:  5/23/2005

[✓] The Court orders the issuance of a supervised release violator's warrant to assure his presence at a revocation hearing to show cause why his supervised release status should not be revoked; and No Bond be set. It is further ordered that the terms of supervised release be tolled effective the date of the warrant. Additionally, that the issue of supervised release violation be addressed by the U.S. District Court at the time of disposition of the case currently known as Criminal Complaint 5:04-1194mj-01.

_____
Honorable George P. Kazen
U.S. District Judge
Date: 5/24/05

U. S. MARSHAL'S OFFICE
BY: _____
DATE: 5/27/05
TIME: 6:46